# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TARANI A. JOHNSON, | : | No. 5 EM 2024 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS, | : | |
| PHILADELPHIA COUNTY, | : | |
| PENNSYLVANIA, SHELLEY ROBBINS-NEW (RETIRED), IN HER INDIVIDUAL | : | |
| CAPACITY AS JUDGE, JOSHUA H. | : | |
| ROBERTS, IN HIS INDIVIDUAL CAPACITY | : | |
| AS JUDGE, ERIC FEDER, IN HIS | : | |
| CAPACITY AS DEPUTY COURT | : | |
| ADMINISTRATOR; FIRST JUDICIAL | : | |
| DISTRICT OF PENNSYLVANIA AND | : | |
| OFFICE OF THE PHILADELPHIA SHERIFF, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the "Petition for Review Peremptory Judgment in Mandamus" is DENIED.  The Prothonotary is DIRECTED to strike the names of the jurists from the caption.